UNITED STATES DISTRICT COURT  SENTENCING DATE: Feb. 9, 2017 at 10:00 AM
EASTERN DISTRICT OF NEW YORK   before Judge Cogan
------------------------------------------------------x
    United States of America     :

          - against -            :     16 - CR -234-1 (BMC) (RER)

       Jared Mitchell         :

------------------------------------------------------x
RAMON E. REYES, JR., U.S.M.J.:


## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE RAMON E. REYES, JR.

      United States Magistrate Judge Ramon E. Reyes, Jr. has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Ramon E. Reyes, Jr. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

      After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Ramon E. Reyes, Jr.

_____
Defendant

_Robert L. Capers_
United States Attorney, E.D.N.Y.

By: _____
Assistant United States Attorney

_____
Attorney for the Defendant

Dated: __November 3, 2016__
      Brooklyn, New York