## CRIMINAL CAUSE FOR PLEA HEARING

BEFORE: **RAMON E. REYES, JR**   DATE: **11/3/2016**   START TIME: **12:15 PM**
                                                    END TIME: **12:58 PM**

### 16-CR-234-(1)(BMC)

DEFT'S. NAME: **Jared Mitchell # 1**
   √ **present**   ___ not present      ___ **Custody**      √ **Bond/Bail**

DEFT'S COUNSEL: **Peter Adam Chavkin**
   √ **present**   ___ not present   ___ CJA   √ **Retained**   ___ Public Defender

A.U.S.A.: **Mark Bini**   CLERK: **M. Vertus**

INTERPRETER: **N/A**   (LANG.- )   FTR:# **12:27:31- 12:58:06**

| | |
|---|---|
| X | CASE CALLED |

DEFT.   X  SWORN   ___ ARRAIGNED   X  INFORMED OF RIGHTS
         X  WAIVES TRIAL BEFORE DISTRICT COURT

| | |
|---|---|
| ___ | DEFT STATES TRUE NAME TO BE_____. INFORMATION AMENDED. |
| ___ | WAIVER OF INDICTMENT EXECUTED FOR DEFT. |
| ___ | INFORMATION FILED |
| ___ | DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED. |
| ___ | DEFT ENTERS GUILTY PLEA TO THE INDICTMENT. |
| X | DEFT WITHDRAWS NOT GUILTY PLEA AND ENTERS A GUILTY PLEA TO COUNT **4** OF THE INDICTMENT. |
| X | COURT FINDS FACTUAL BASIS FOR THE PLEA. |
| X | SENTENCING SET FOR **Feb. 9, 2017** AT **10:00 AM** before **Judge Cogan** |

**\* Parties should comply with Judge Cogan's Sentencing Rules.**

| | |
|---|---|
| X | BAIL CONT'D FOR DEFT. |

   ___ CASE ADJ'D TO_____ FOR_____
   ___ SPEEDY TRIAL INFO FOR DEFT   ___ STILL IN EFFECT
       CODE TYPE___   START_____   STOP_____
       ___ ORDER / WAIVER EXECUTED & FILED.   ___ ENT'D ON RECORD.

   ___ BAIL CONDITIONS MODIFIED AS FOLLOWS:

| | |
|---|---|
| X | **Transcript Ordered for Judge Cogan** |

OTHER: PURSUANT TO FEDERAL RULE 11 OF CRIMINAL PROCEDURE, MAGISTRATE REYES DID ADMINISTER THE ALLOCUTION. A FINDING HAS BEEN MADE THAT THE PLEA WAS MADE KNOWINGLY AND VOLUNTARILY AND THE PLEA WAS NOT COERCED. THE MAGISTRATE RECOMMENDS THAT THE PLEA OF GUILTY BE ACCEPTED. PLEA AGREEMENT MARKED AS COURT EXHIBIT #1 AND RETURNED TO THE ASSISTANT.