# MINTZ LEVIN

Peter A. Chavkin | 212 692 6231 | pchavkin@mintz.com

Chrysler Center
666 Third Avenue
New York, NY 10017
212-935-3000
212-983-3115 fax
www.mintz.com

April 26, 2017

ECF FILED

Honorable Brian Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    **USA v. Jared Mitchell**
            **16 Cr. 0234 (BMC)**

Dear Judge Cogan:

      We represent Jared Mitchell in the above referenced case. Jared pled guilty to Count 4 of the indictment pursuant to a plea agreement, and is currently scheduled for sentencing on June 20, 2017.

      Your Honor has granted two prior adjournments, for which we are very grateful. Unexpectedly, a medical evaluation issue has arisen of which we only recently learned. We cannot be certain that this evaluation will bear on Jared's sentencing because it has not yet been completed but it could be of some importance. The physician conducting the evaluation has requested additional time and I have spoken to AUSA Mark Bini and to US Probation Officer Cheryl M. Fiorillo, who have authorized me to state that they do not oppose our request.

      Because I cannot be certain at this time how long the additional work needed for the evaluation will ultimately take (I have explained to the doctor the importance of moving expeditiously and he has agreed), I thought it might make most sense to request an adjournment of an additional six weeks (until August 2, 2017). If Your Honor would prefer, I could provide the Court with updates about the progress of this evaluation at any point the Court wants.

Respectfully yours,

*/s/ Peter A. Chavkin*

Peter A. Chavkin

cc:    AUSA Mark Bini, Esq.
       Counsel of Record
       USPO Cheryl Fiorillo

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | NEW YORK | STAMFORD | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON